
SLIP OPINION

Cite as 2016 Ark. 259

# SUPREME COURT OF ARKANSAS

No. CV–15–958

|  |  |  |
|---|---|---|
| | | **Opinion Delivered** June 9, 2016 |
| KENNY HALFACRE<br>APPELLANT | | PRO SE APPEAL FROM THE DENIAL OF PETITION TO PROCEED IN FORMA PAUPERIS [LINCOLN COUNTY CIRCUIT COURT, NO. 40CV-16-41] |
| V. | | |
| WENDY KELLEY, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION<br>APPELLEE | | HONORABLE JODI RAINES DENNIS, JUDGE<br><br>APPOINTMENT OF THE ARKANSAS ATTORNEY GENERAL'S OFFICE. |

**PER CURIAM**

On June 2, 2016, this court appointed the Honorable John Mauzy Pittman as special master to conduct a hearing and make findings of fact concerning the not-guilty plea entered by Ms. Cindy Glover, circuit clerk of Lincoln County, in a show-cause hearing before this court. In order to facilitate the development of facts on which the special master will rely to make his findings, we hereby appoint the Arkansas Attorney General's Office to represent the court in this matter.

It is so ordered.

DANIELSON, J., dissents.